UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>  Plaintiff,<br><br>  v.<br><br>IRS,<br><br>  Defendant. | No. 2:23-cv-00669-DAD-DB (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. No. 10) |

Plaintiff Paul Nivard Beaton is a former state inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983, in which he alleges that the Internal Revenue Service ("IRS") improperly assessed him a $5,000 penalty and withheld his economic impact payments. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On December 8, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders. (Doc. No. 10.) In particular, on October 17, 2023, the court screened plaintiff's complaint, determined that plaintiff had failed to state a cognizable claim for relief, and directed plaintiff to file an amended

1

1 complaint within thirty days.  (Doc. No. 9.)  Plaintiff did not comply with, or otherwise respond
2 to, the court's October 17, 2023 order.

3 The pending findings and recommendations were served on plaintiff and contained notice
4 that any objections thereto were to be filed within twenty-one (21) days after service.[1]  (Doc. No.
5 10 at 2–3.)  To date, no objections to the findings and recommendations have been filed, and the
6 time in which to do so has now passed.

7 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
8 *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
9 findings and recommendations are supported by the record and by proper analysis.

10 Accordingly:

11 1. The findings and recommendations issued on December 8, 2023 (Doc. No. 10) are
12 adopted in full;
13 2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute
14 this action and failure to comply with court orders; and
15 3. The Clerk of the Court is directed to close this case.

16 IT IS SO ORDERED.

17 Dated: **February 13, 2024**

18 DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations also addressed plaintiff's motion dated May 4, 2023.  (Doc. No. 6.)  That motion appears to be plaintiff's attempt to clarify that his complaint does not concern employment discrimination, but is instead about payments made pursuant to the American Rescue Plan.  (*Id*. at 1.)  The magistrate judge denied this motion, finding that while the October 17, 2023 screening order characterizes this as a civil rights action pursuant to 42 U.S.C. § 1983, there was no reference to this case being construed as an employment discrimination case in the screening order.  (Doc. No. 10 at 1–2.)  The undersigned concurs.